IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT IN AND FOR PALM BEACH COUNTY, FLORIDA

SANDRA KATZ,

       Plaintiff,

vs.                                                  Case No:

VIP CINEMAS, INC, a foreign profit corporation,

       Defendant.

_____/

## COMPLAINT

Plaintiff, SANDRA KATZ, sues Defendant, VIP CINEMAS, INC, a foreign profit corporation (hereinafter "VIP CINEMAS"), and states the following:

1.     This is a cause of action for damages in excess of $50,000.00.

2.     All conditions precedent to filing this action have been complied with, expired, and/or waived.

3.     At all times material hereto, Defendant, VIP CINEMAS, was a foreign profit corporation licensed and authorized to do business in the State of Florida and doing business in Palm Beach County, Florida.

4.     The incident described herein occurred in Palm Beach County, Florida.

5.     Venue is proper in the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, Florida.

6.     At all times material hereto, Defendant, VIP CINEMAS, owned and operated a movie theater located at 9889 Glades Road in Boca Raton, Palm Beach County, Florida.

NOT A CERTIFIED COPY

7. On or about April 27, 2024, Plaintiff, SANDRA KATZ, was a business invitee lawfully on the premises of Defendant's movie theater.

8. At that time and place, Plaintiff, SANDRA KATZ, was injured when she slipped and fell on a wet floor inside the restroom on the premises.

9. Defendant, VIP CINEMAS, had a duty to maintain the premises in a reasonably safe condition, correct any dangerous condition of which it either knew or should have known by the use of reasonable care, and to warn of any dangerous conditions concerning which it had, or should have had, knowledge greater than that of its invitees. Defendant, VIP CINEMAS, breached all of these duties.

10. Specifically, Defendant, VIP CINEMAS, negligently:

a) Failed to maintain the premises in a reasonably safe condition;

b) Allowed liquid to accumulate and remain on the restroom floor for an unreasonable length of time;

c) Allowed the restroom floor to remain wet for an unreasonable length of time;

d) Created a concealed slip hazard and dangerous condition on the premises;

e) Allowed a concealed slip hazard and dangerous condition to remain on the premises for an unreasonable length of time; and

f) Failed to warn the Plaintiff and similarly situated individuals of the dangerous condition.

11. Defendant, VIP CINEMAS, knew or, in the exercise of ordinary care, should have known the premises were not in a reasonably safe condition.

NOT A CERTIFIED COPY

12.     Defendant, VIP CINEMAS, had actual or constructive notice of the dangerous condition.

13.     As the direct and proximate result of the negligence of Defendant, VIP CINEMAS, Plaintiff, SANDRA KATZ, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, and aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

**WHEREFORE**, Plaintiff, SANDRA KATZ, demands judgment for damages against Defendant, VIP CINEMAS.

Plaintiff demands trial by jury on all issues so triable.

Respectfully submitted this ___ day of March, 2026.

By: /s/ Shawn McCloskey, Esq. _____
**SHAWN MCCLOSKEY, ESQ.**
Attorney Email: smccloskey@schwedlawfirm.com
**Eservice Email:  eservice@schwedlawfirm.com**
Bar Number: 113016
Schwed, Adams & McGinley, P.A.
7111 Fairway Drive, Suite 105
Palm Beach Gardens, FL 33418
Telephone:  (561) 694-6079 Main
Facsimile:  (561) 694-6089
*Attorney for Plaintiff, SANDRA KATZ*

NOT A CERTIFIED COPY